IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES EARL WILSON,                                                                                   Plaintiff

vs.                        Case No.3:10CV00261 JMM

STATE OF ARKANSAS                                                                              Defendant

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that plaintiff's complaint against the State of Arkansas is dismissed with prejudice.

IT IS SO ORDERED this   1   day of November, 2010.

_____
James M. Moody
United States District Judge